UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:  LILLIE WASHINGTON          CASE NO. 09-11042

DEBTOR                              CHAPTER 13

ORDER

Considering the motion of U.S. Bank N.A. (P-37), for relief from stay, the debtor's response thereto, the agreement between the parties, and applicable law,

IT IS ORDERED that the stay be modified by the terms of this Order with the post-petition delinquency, as of the date of this hearing, being four (4) post-petition installments of $274.10 each due for December 1, 2009 to March 1, 2010, three (3) late charges of $10.06 each due for December 1, 2009 to February 1, 2010, attorney's fee of $350.00 and court cost of 150.00, for a total of $1,626.58.

IT IS FURTHER ORDERED that the Debtor shall cure the post-petition delinquency of $1,626.58 by paying five (5) equal monthly installments of $271.09 and a sixth (6th) and last monthly installment of $271.13 directly to U.S. Bank N.A. beginning April 1, 2010.  This amount is in addition to the regular monthly payment.  Should U.S. Bank N.A. not receive the additional payment on its due date, which is the first (1st) of the month, and thirty (30) days lapse without receipt of the payment then said event will constitute a default of this Order, and U.S. Bank N.A. shall provide Debtor and Debtor's counsel with notice of default and 10 days right to cure.  Should the default not be cured within the 10 days, the Court shall lift the stay upon the filing of a motion for relief accompanied by an affidavit of default executed by a representative of U.S. Bank N.A. and noticed to Debtor and Debtor's counsel.

IT IS FURTHER ORDERED that Debtor shall pay the ongoing post-petition payments timely as they come due directly to U.S. Bank N.A. commencing with the April 1, 2010 payment. Should U.S. Bank N.A. not receive a regular post-petition payment on its due date, which is the first (1st) of the month, and thirty (30) days lapse without receipt of the payment then said event will constitute a default of this Order, and U.S. Bank N.A. shall provide Debtor and Debtor's counsel with notice of default and 10 days right to cure. Should the default not be cured within the 10 days, the Court shall lift the stay upon the filing of a motion for relief accompanied by an affidavit of default executed by a representative of U.S. Bank N.A. and noticed to Debtor and Debtor's counsel.

Baton Rouge, Louisiana, March 29, 2010.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

/s/ Cris R. Jackson
Cris R. Jackson (No. 20876)
JACKSON & McPHERSON, L.L.C.
1010 Common Street, Suite 1800
New Orleans, Louisiana 70112
504-581-9444

READ and AGREED:

/s/ Shona P. Boxie
Shona P. Boxie (No. 26160)
Attorney for Debtor
P.O. Box 826
Baker, LA 70704
225-775-9888